**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GLENN A. SCHULTZ | ) | CASE NO. 10-63753 |
| SSN: XXX-XX-7666 | ) | CHAPTER 13 |
| | ) | JUDGE J. E. HOFFMAN, JR. |
| And | ) | |
| | ) | |
| REBECCA A. SCHULTZ | ) | |
| SSN: XXX-XX-4810 | ) | |
| | ) | |
| Debtors | ) | |
| | ) | |

**NOTICE OF CHANGE OF ADDRESS**

Notice is hereby given of the change of address for Debtors, Glenn A. Schultz and Rebecca A. Schultz. The new address of the Debtors is as follows:

Glenn A. Schultz
Rebecca A. Schultz
521 Sand Broad Court
Westerville, OH 43081


Respectfully Submitted,

/s/ D. William Davis
D. William Davis
Atty. Reg. No. 19639
DAVIS & KOTUR LAW OFFICE
407-A Howard Street
Bridgeport, OH 43912
Telephone: (740) 635-1217
Fax: (740) 633-9843
janelledlo@comcast.net
Attorney for Debtors